USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   12 CR 864 (LAP)
                                    :
     - v. -                         :   ORDER
                                    :
MARK GOLDBERG,                      :
                                    :
          Defendant.                :
                                    :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Counsel shall inform the Court by letter no later than July 5 of what, if any, action is required as a result of the Court of Appeals's ruling in United States v. Bonventre, No. 12-3574-cv, --F.3d--, 2013 WL 3023011 (2d Cir. June 19, 2013).

SO ORDERED.

Dated:   New York, New York
         June 24, 2013

                                    LORETTA A. PRESKA
                                    Chief United States District Judge