AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 12-CRIM-864 (LAP) |
| Mark Goldberg | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 07/12/2013

/s/Jorge Almonte
*Attorney's signature*

Jorge Almonte (DC. 481391)
*Printed name and bar number*

Special Assistant United States Attorney
U.S. Department of Justice-Tax Division
601 D Street, NW--Room 7548
Washington, DC 20530
*Address*

jorge.almonte@usdoj.gov
*E-mail address*

(202) 305-3676
*Telephone number*

(202) 616-1786
*FAX number*