

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2014

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Mark Goldberg
         12 Cr. 864 (LAP)

Dear Chief Judge Preska:

Pursuant to my conversation with Your Honor's law clerk, we write to request the adjournment of the sentencing hearing in the above-referenced case from February 27, 2014 until May 13, 2014 at 10:00 a.m. The reason for the request is to allow defense counsel additional time to confer with his client and review certain 3500 material produced within the last ten days by the Government (produced in connection with the hearing), which review could obviate the need for a hearing. In addition, counsel for the Government and the defense are having discussions towards that end (possibly avoiding a hearing, that is), and the parties jointly believe the additional time could, if nothing else, serve to narrow the issues and factual disputes at issue in any hearing.

I have spoken to Glenn Ripa, counsel for the defendant, who indicated that he joins in the request for the adjournment.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Stanley J. Okula Jr.
Assistant U.S. Attorney
(212) 637-1585

cc:   Counsel for Mark Goldberg