Mark Goldberg

8/13/14

July 17, 2014

**MEMO ENDORSED**

8/13/14
So Ordered

*[signature]*

The Honorable Loretta A. Preska
United States District Chief Judge
Southern District of New York
500 Pearl Street Room 2220
New York, New York 10007

Re: United States v. Mark Goldberg
12 Cr. 864 (LAP)

Dear Judge Preska:

I am requesting to be assigned a new Lawyer to my case so I can discuss my rights to filing an appeal. My current Lawyer Mr. Glenn Ripa is a good person. However it's to my feelings that he suggest that requesting a Reducing a Sentence, ( Alternative To Imprisonment ) and or an Appeal isn't recommended. I am looking for a second opinion. This is very important to me. I need a Lawyer to file the correct Legal papers in the time that is allowed. Please assigned me a new Lawyer to assist me in this matter. If you need more information in regards to this matter, please feel free to contact me at 646-546-5014.

Thank you for taking time out to assist me in this matter.

Sincerely,

*[signature]*
Mark Goldberg

CJA counsel shall be appointed for the purpose of rendering a second opinion to Mr. Goldberg regarding appeal. So ordered.

Loretta A. Preska
August 5, 2014   USDJ