UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>MARK GOLDBERG,<br><br>              Defendant. | 12 Cr. 864 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Mark Goldberg's pro se motion for early termination of supervised release [dkt. no. 114]. The Government shall respond to Mr. Goldberg's request no later than August 7, 2020. Mr. Goldberg shall file any reply to the Government no later than August 14, 2020.

    Chambers will mail a copy of this order to Mr. Goldberg.

**SO ORDERED.**

Dated:    New York, New York
           July 24, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge