UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>MARK GOLDBERG,<br><br>                    Defendant. | No. 12 CR 864 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Mr. Goldberg's letters of October 1, 2021 and February 28, 2022 (dkt. nos. 126 and 127) requesting reconsideration of the Court's prior orders denying early termination of his supervised release (see dkt. nos. 118, 120, 123, 125).  Mr. Goldberg's recent letters add no new facts (or law) to his prior requests, and, accordingly, his motions for reconsideration (dkt. nos. 126 and 127) are denied.

   The Clerk of the Court shall mail a copy of this order to Mr. Goldberg.

**SO ORDERED.**

Dated:   March 1, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1